MORRIS & CUMINGS DREDGING COMPANY, Appellant, v. STATEN ISLAND SHIP-

BUILDING COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.